**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BARBARA ROSMARIN, EXECUTRIX    :    No. 589 MAL 2018
FOR THE ESTATE OF GENE BARCLAY    :
ROSMARIN,    :
   :    Petition for Allowance of Appeal from
         Petitioner    :    the Order of the Superior Court
   :
   :
       v.    :
   :
   :
LAKPA YANJI SHERPA,    :
   :
         Respondent    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal
is **DENIED**.